# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-00335-01-CR-W-DGK |
| | ) | |
| LATIKA LYNN NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

On August 17, 2011, the Court ordered Defendant to undergo a psychological examination pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Dr. John Wisner, who prepared a report filed February 28, 2012 (Doc. 22) and a supplemental report filed February 29, 2012 (Doc. 23). A competency hearing was held before United States Magistrate Judge John T. Maughmer on March 28, 2012, and continued on April 5, 2012 and April 23, 2012.

On July 18, 2012, Judge Maughmer entered a "Report and Recommendation," recommending that Defendant be declared competent to stand trial (Doc. 39). Objections were filed by Defendant on August 29, 2012 (Doc. 44). Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Magistrate Judge Maughmer is adopted in its entirety. This Court finds that Defendant is competent to understand the nature and consequence of the proceedings against her, to assist properly in her defense, and to stand trial.

   /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: September 25, 2012